**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Julie A. Spencer, | ) | Case No. 5:24-cv-00372 |
|     *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Michelle King,[1] | ) | Christian F. Hummel |
| Acting Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
|     *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $4,838.23, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  January 31, 2025

IT IS SO ORDERED:

*/s/ Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge

Dated:  2/7/2025
Syracuse, NY

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Michelle King,

By Her Attorneys,

Carla B. Freedman,
United States Attorney

/s/ Hugh Dun Rappaport
Hugh Dun Rappaport
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700992
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
617-565-2380
Email: Hugh.Dun.Rappaport@ssa.gov

Julie A. Spencer,

By Her Attorney,

Cindy Domingue-Hendrickson

/s/ Cindy Domingue-Hendrickson
Cindy Domingue-Hendrickson
Legal Aid Society of Mid-New York Inc.
120 Bleecker Street
Utica, NY 13501
315-793-7033
Email: cindy.hendrickson@lasmny.org

**SO ORDERED:**

_____